UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RAQUEL RIOS,<br><br>        Defendant. | Case No. 4:13-CR-254-BLW<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

      This matter having come before the Court on Plaintiff's Motion for Preliminary Order of Forfeiture (ECF No. 97), and based upon the record and filings herein, and the Amended Rule 11 Plea Agreement (ECF No. 88) which was entered into between RAQUEL RIOS and the United States of America on August 27, 2014, by which the defendant pled guilty to a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), said plea providing for forfeiture of any and all interests the defendant possessed in the Subject Property pursuant to 21 U.S.C. § 853;

      NOW, THEREFORE, THE COURT ORDERS that the United States' Motion for Preliminary Order of Forfeiture (docket no. 97) is GRANTED and the defendant shall forfeit to the United States any property involved in or used in commission of the defendant's violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B), to

PRELIMINARY ORDER OF FORFEITURE - 1

include, but not be limited to, the following property (hereinafter "Subject Property"):

**Subject Property**:

A. <u>Cash Proceeds</u>: At least $4,800 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the offenses of conviction and property used or intended to be used to facilitate such offenses, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

B. <u>Bank Accounts</u>: All funds received on behalf of or credited to accounts, including bank accounts, investment accounts, management accounts, wherever held, in which the defendant had or has an interest, including the following:

    1. Wells Fargo Bank, N.A.
       Account Holder: R.P.
       Account No. XXXXXXXX81
       Amount: $10,745.93

C. <u>Conveyances</u>: All right, title and interest in the following conveyance:

    1. 2006 Ford F-150
       VIN: 1FTPW12506KD29015
       Idaho License Plate: 4C8779T
       Registered to R.F.

D. <u>Substitute Assets</u>: Upon a showing that any of the properties and

interests described above as being subject to forfeiture, as a result of any action or omission of the defendant above named:

1. Cannot be located upon the exercise of due diligence;

2. Has been transferred or sold to, or deposited with, a third person;

3. Has been placed beyond the jurisdiction of the court;

4. Has been substantially diminished in value; or

5. Has been commingled with other property which cannot be subdivided without difficulty; the United States shall be authorized, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable properties and interest herein.

The Court has determined, based on the guilty plea to Count Four of the Superseding Indictment as set out in the defendant's plea agreement, that the above property is subject to forfeiture pursuant to 21 U.S.C. § 853, and that the United States has established the requisite nexus between such property and such offense.

The Internal Revenue Service – Criminal Investigation and/or its agents are authorized to seize the above property, whether held by the defendant or by a third party, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

The United States is further authorized, pursuant to Fed. R. Crim. P. 32(b)(3)

PRELIMINARY ORDER OF FORFEITURE - 3

and 32.2(c)(1)(B) to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto, or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein. Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

The United States Secretary of Treasury (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish on an official government internet site (http://www.forfeiture.gov) for at least thirty (30) consecutive days, notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rule of Criminal Procedure 32.2(b)(6)(C). The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

Any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within sixty (60) days of the first publication date of the

PRELIMINARY ORDER OF FORFEITURE - 4

notice or within thirty (30) days of receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6), and made applicable pursuant to 28 U.S.C. § 2461(c).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in pursuant to 21 U.S.C. § 853(n)(2), and made applicable pursuant to 28 U.S.C. § 2461(c) for the filing of third party petitions.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall be and hereby is final as to the defendant and shall be made part of the sentence

and included in the judgment at the time of sentencing.

This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: October 3, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court